UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFA AL-ZUAD,

    Plaintiff,

Case No. 19-cv-11082
Hon. Matthew F. Leitman

v.

CITY OF DEARBORN, *et al.*,

    Defendant.
_____/

# ORDER TERMINATING WITHOUT PREJUDICE DEFENDANTS' INITIAL MOTIONS TO DISMISS (ECF ## 6, 7)

On April 15, 2019, Plaintiff Safa Al-Zuad filed this civil-rights action against the City of Dearborn, several unnamed "John Doe" police officers employed by the City of Dearborn, and his neighbor Robert Lewis Cleveland. (*See* Compl., ECF #1.) On June 12, 2019, Cleveland moved to dismiss Al-Zaud's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Cleveland Mot., ECF #6.) On June 18, 2019, the City of Dearborn also filed a motion to dismiss. (*See* City of Dearborn Mot., ECF #7.)

The Court entered an order on June 19, 2019, in which it provided Al-Zuad an opportunity to file an Amended Complaint to address the purported defects in the Complaint. (*See* Order, ECF #8.) The Court informed the parties that if Al-Zuad

1

filed such an Amended Complaint, it would terminate Defendants' pending motions to dismiss as moot. (*See id.*)

Al-Zuad has now filed an Amended Complaint. (*See* Am. Compl., ECF #9.) And Defendants have filed renewed motions to dismiss the Amended Complaint. (*See* Motions, ECF ## 12, 13.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Defendants' initial motions to dismiss (ECF ## 6, 7).

**IT IS SO ORDERED**.

Dated: August 20, 2019

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764